UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Trainor,

                                  Plaintiffs,

        -against-

City of White Plains, et al.,

                                 Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-9477-KMK-VR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **June 20, 2024 at 11:00 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

      **SO ORDERED.**

DATED:     White Plains, New York
               May 15, 2024

                                                                 _____
                                                                  VICTORIA REZNIK
                                                                  United States Magistrate Judge