# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4225

Chambers of
**Hon. Victoria Reznik**
United States Magistrate Judge

June 7, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trainor

                         Plaintiffs,

             *- against -*

City of White Plains,

                         Defendant.

## RESCHEDULING ORDER

7:23-cv-09477-KMK

The telephone conference scheduled for June 20, 2024 at 11:00 am before the Hon. Victoria Reznik, U.S.M.J., is **rescheduled** to **June 20, 2024 at 10:00 a.m.**

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jun 7, 2024**

SO ORDERED.

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.

Jun 7, 2024